IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ERNEST LONG, Et Al., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 05-143C (Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 28 days, to and including March 17, 2006, within which to file its answer to plaintiffs' complaint. Pursuant to RCFC 12(a)(2)(A), our answer currently is due to be filed February 17, 2006. However, the Court's February 3, 2006 decision allows the parties file until March 3, 2006 to file a joint status report informing the Court how the parties wish to proceed. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiffs has informed us that plaintiffs do not oppose our request for an enlargement of time for this purpose.

Soon after receipt of the Court's February 3, 2006 decision, the parties commenced discussions aimed at determining the proper course of conduct in light of the Court's decision. The parties are continuing these discussions in good faith and anticipate having additional discussions in the very near future. One possibility being considered by the parties is possible resolution of this matter without further involvement of the Court.

Given these on-going discussions and the Court's requirement that the parties file a status report by March 3, 2006 informing the Court how the parties wish to proceed, preparation and filing of an answer in this case ultimately may not be necessary. In the event the parties determine that litigation in this case should continue, the Government will, of course, file its answer to the complaint. Under these circumstances, the requested enlargement of time is reasonable and necessary to allow the parties to fully consider the proper course of conduct with regard to this matter.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

PATRICIA ARMSTRONG
Office of the Solicitor
Department of the Interior

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

FEBRUARY 15, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 15, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON