IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERNEST LONG, Et Al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-143C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Defendant, the United States, and plaintiffs Ernest Long, et al., respectfully submit the following status report pursuant to the Court's February 3, 2006 decision.

Soon after receipt of the Court's February 3, 2006 decision, the parties commenced discussions aimed at determining the proper course of conduct in light of the Court's decision. The parties now have begun the process of attempting to resolve this case without further involvement of the Court. The parties respectfully request that all proceedings be stayed for a period of 45 days to allow the parties sufficient time to concentrate upon possible resolution of this case. If the parties have not resolved this matter within 45 days from the date of the order granting a stay of proceedings, the parties request permission to file a joint status report with the Court every 45 days, until resolution of the case or until the stay of proceedings is lifted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

PATRICIA ARMSTRONG
Office of the Solicitor
Department of the Interior

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

MARCH 1, 2006

Attorneys for Defendant

s/ Robert A. Jones
Robert A. Jones
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, New York 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorneys for Plaintiffs

CERTIFICATE OF FILING

I hereby certify that on March 1, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON