IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERNEST LONG, Et Al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-143C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Defendant, the United States, and plaintiffs Ernest Long, et al., respectfully submit the following status report pursuant to the Court's March 3, 2006 order, setting forth the status of settlement discussions including a discussion of the dates we have met, the individuals present, and the progress made.

As set forth in our previous status report, the parties are in the process of attempting to resolve this matter without further involvement of the Court. Since the filing of our previous status report, the parties have held numerous telephone conversations to discuss possible settlement. Set forth below are the settlement discussions between counsel where substantive matters were discussed.

On March 10, 2006, counsel for defendant, David Stinson, spoke via telephone with counsel for plaintiffs, Alan Kaufman, and discussed general parameters for possible settlement, as well as factual issues raised by plaintiffs' complaint relevant to a possible settlement.

On March 16, 2006, Messrs. Stinson and Kaufman, and Patricia Armstrong, counsel for the Department of the Interior, held a telephonic conference to discuss factual issues relevant to a possible settlement.

On March 23, 2006, Messrs. Stinson and Kaufman held additional discussions telephonically, regarding factual issues discussed during the March 16, 2006 conference.

On March 27, 2006, Messrs. Stinson and Kaufman held a telephonic settlement conference during which Mr. Kaufman set forth a settlement offer to defendant.

On March 28, 2006, Messrs. Stinson and Kaufman held additional telephonic discussions regarding clarification of plaintiffs' offer and factual issues regarding the offer.

On April 7, 2006, Messrs. Stinson and Kaufman held a telephonic conference wherein general parameters of a possible counter-settlement offer by defendant were discussed.

On April 12, 2006, Messrs. Stinson and Kaufman, and Ms. Armstrong, held a telephonic conference wherein the Government provided details of its counter-settlement offer to plaintiffs. Additional discussions are anticipated.

The parties respectfully request that all proceedings continue to be stayed for an additional period of 45 days to allow the parties sufficient time to concentrate upon possible resolution of this case. If the parties have not resolved this

matter within 45 days from the date of the order granting a stay of proceedings, the parties request permission to file a joint status report with the Court every 45 days, until resolution of the case or until the stay of proceedings is lifted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

PATRICIA ARMSTRONG
Office of the Solicitor
Department of the Interior

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

APRIL 14, 2006

Attorneys for Defendant

s/ Robert A. Jones
Robert A. Jones
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, New York 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorneys for Plaintiffs

CERTIFICATE OF FILING

I hereby certify that on April 14, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON