**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ERNEST LONG, Et Al.,<br>and other similarly situated plaintiffs,<br><br>Plaintiffs,<br><br>--against--<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-143C<br>(Chief Judge Damich) |

PLAINTIFFS' UNOPPOSED MOTION TO FILE THE CONSENT OF PAMELA A. SMITH

Plaintiffs respectfully request an order permitting the filing of the consent of Pamela A. Smith to become a plaintiff in this action.

This is a collective action under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, seeking unpaid overtime and related relief. Under the FLSA, 29 U.S.C. §216, a person wishing to be a plaintiff in a collective action must file a consent with the Court expressing that intent. Ms. Smith is similarly situated to the other plaintiffs in the case.

There is no prejudice to the government and counsel for the government has consented to the relief sought in this motion. The parties have been engaged in settlement discussions and formal discovery has not yet commenced, and the practical consequence of not allowing Smith to join this action would be the filing of a separate suit on her behalf.

For these reasons, plaintiffs respectfully request that the Court grant their unopposed motion to file the consent of Pamela Smith and that she be added as a plaintiff in this action.

The consent of Pamela A. Smith is attached to this motion and plaintiffs request that it be deemed filed as of the date of the filing of this motion.

Respectfully submitted,

Dated: May 12, 2006

Robert A Jones by Alan S Kaufman

Robert A. Jones
Alan S. Kaufman, Of Counsel
CHAMBERLAIN, KAUFMAN & JONES
35 Fuller Road
Albany, New York 12205
(518) 435-9426
(518) 435-9102 (facsimile)

**CONSENT TO BECOME PARTY PLAINTIFF IN FLSA ACTION FILED PURSUANT TO 29 USC §216(b)**

Pursuant to 29 USC §216(b), the undersigned employee or former employee of the United States Park Police hereby consents to become a party plaintiff in this court action seeking overtime pay and other relief under the Fair Labor Standards Act in accordance with a confidential retainer agreement executed by the undersigned for such purpose.

Name: Pamela A. Smith

Employment Address:

Dated: April 24, 2006

[Signature]