IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ERNEST LONG, Et Al., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 05-143C (Chief Judge Damich) |

JOINT STATUS REPORT

Defendant, the United States, and plaintiffs Ernest Long, et al., respectfully submit the following status report pursuant to the Court's orders dated March 3, 2006, and April 17, 2006, setting forth the status of settlement discussions including a discussion of the dates we have met, the individuals present, and the progress made.

Since the filing of our previous status report, the parties have continued to discuss possible settlement. On May 5, 2006, Alan Kaufman, counsel for plaintiffs, and David Stinson, counsel for defendant, held a settlement conference via telephone wherein Mr. Kaufman provided a response to the Government's counter-settlement offer of April 12, 2006.

Subsequent to plaintiffs' May 5, 2006 response, Mr. Stinson and Patricia Armstrong, counsel for the Department of the Interior, held several telephonic conferences to discuss plaintiffs' current offer. In addition, on May 11, 2006, Mr. Stinson and Ms. Armstrong met with the Chief of the United States Park Police to discuss plaintiffs' current offer.

On May 23, 2006, Messrs. Stinson and Kaufman held a telephonic conference to discuss the Government's response to plaintiffs' current offer and to arrange a settlement meeting in Albany, New York. Because of scheduling conflicts, Messrs. Stinson and Kaufman were unable to meet prior to the date for filing of this status report and, accordingly, on May 30, 2006, Messrs. Stinson and Kaufman, and Ms. Armstrong, held a telephonic settlement conference. During that telephonic conference, the Government presented Mr. Kaufman with a counter-settlement offer to plaintiffs. Additional discussions are anticipated.

The parties respectfully request that all proceedings continue to be stayed for an additional period of 45 days to allow the parties sufficient time to concentrate upon possible resolution of this case. If the parties have not resolved this matter within 45 days from the date of the order granting a stay of proceedings, the parties request permission to file a joint status report with the Court every 45 days, until resolution of the case or until the stay of proceedings is lifted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

PATRICIA ARMSTRONG
Office of the Solicitor
Department of the Interior

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

JUNE 1, 2006

Attorneys for Defendant

s/ Robert A. Jones
Robert A. Jones
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, New York 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorneys for Plaintiffs

CERTIFICATE OF FILING

I hereby certify that on June 1, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON