IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERNEST LONG, Et Al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-143C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Defendant, the United States, and plaintiffs Ernest Long, et al., respectfully submit the following joint status report pursuant to the Court's orders dated March 3, 2006, and August 23, 2006, setting forth the status of settlement discussions including a discussion of the dates we have met, the individuals present, and the progress made.

In our previous joint status report, the parties informed the Court that counsel for plaintiffs had submitted to counsel for defendant and counsel for the agency a memorandum outlining terms of the potential settlement proposal, and that the agency was in the process of conducting a detailed review of plaintiffs' potential settlement proposal and that additional time was necessary for the agency to determine the amount of any possible back pay award, as well as the mechanism by which such an award would be accomplished. At the request of counsel for defendant, on August 31, 2006, counsel for plaintiffs submitted a formal settlement letter setting forth the potential settlement proposal set forth in its earlier memorandum.

The agency now has completed its review of plaintiffs' settlement proposal and counsel for defendant has completed a memorandum setting forth the details of plaintiff's settlement proposal. That memorandum currently is being reviewed by the appropriate Department of Justice officials. Additional time is necessary to complete Department of Justice review and, if appropriate, prepare a settlement agreement or stipulation for entry of judgment for filing with the Court.

The parties remain <u>very</u> <u>mindful</u> of this Court's Special Procedures Order, and in particular paragraph 4.b, concerning stay of proceedings. Because the parties believe that significant progress towards possible settlement has been made, and believe that a final resolution regarding settlement will be made within the next 30 days, the parties respectfully request that all proceedings continue to be stayed for an additional period of 30 days to allow the parties sufficient time to concentrate upon possible resolution of this case and, if appropriate, obtain the necessary approval from Department of Justice officials.

If the parties have not resolved this matter within 30 days from the date of the order granting a continued stay of proceedings, the parties request permission to file a joint status report on October 13, 2006, informing the Court regarding

the parties' efforts towards settlement or recommending further proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

PATRICIA ARMSTRONG
Office of the Solicitor
Department of the Interior

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

SEPTEMBER 14, 2006

Attorneys for Defendant

s/ Robert A. Jones
Robert A. Jones
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, New York 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorneys for Plaintiffs

## CERTIFICATE OF FILING

I hereby certify that on September 14, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON