# In the United States Court of Federal Claims

No. 05-143 C
(Filed: September 18, 2006)

************************************************
**ERNEST LONG, GERSON D. ALVAREZ-HEREDIA, STEVEN CONNELL, JOHN GUARINO, EDWIN JIMINEZ, SR., DANIEL McFADDEN, DAVE MOEN, DAMIANO PARLANTI, and other similarly situated plaintiffs**,

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
************************************************

## ORDER

On September 14, 2006, the parties filed a joint status report requesting a 30-day extension of the stay currently in effect in order to allow for continued progress towards “final” settlement. The Court originally stayed this case on March 3, 2006 at the parties' request to allow for settlement efforts and the stay has been extended 4 times since that first request.

The Court hereby ORDERS that the stay be extended until October 19, 2006. The Court strongly encourages the parties to reach an appropriate settlement and to file soon thereafter a stipulation of dismissal on or before this latest extended date. If a stipulation of dismissal has not already been filed by October 19, 2006, the parties shall instead file a joint status report on or before that date on the status of settlement negotiations. Based on the likelihood of imminent settlement, the Court will determine at that time whether this case shall proceed thereafter with active litigation concurrent with the parties' continued efforts towards settlement.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge