IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERNEST LONG, Et Al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-143C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Defendant, the United States, and plaintiffs Ernest Long, et al., respectfully submit the following joint status report pursuant to the Court's orders dated March 3, 2006, and September 18, 2006.

In our previous joint status report, the parties informed the Court that the agency had completed its review of plaintiffs' settlement proposal and that counsel for defendant had submitted a memorandum setting forth the details of plaintiff's settlement proposal for review by the appropriate Department of Justice officials. The Department of Justice completed its review on or about September 29, 2006.

Because the terms of the potential settlement of this case will, if accepted, result in a modification of the current agreement between the United States Park Police ("USPP") and the Fraternal Order of Police ("FOP"), it is necessary that USPP submit the proposed settlement terms to FOP for concurrence. Once the Department of Justice completed its review, counsel for the agency promptly contacted FOP regarding the proposed

settlement. As part of that process, most recently, a meeting between the USPP, including the Chief of Police, and FOP was held on October 11, 2006. At the present time, FOP is in the process of discussing the terms with its union members. While gaining concurrence by FOP has taken longer than expected, it is anticipated that this process will be completed within the next several days.

An additional point of information is necessary as well. Current counsel of record for defendant is leaving the Department of Justice effective October 13, 2006. A new counsel of record already has been assigned and briefed concerning the case and he will be entering his appearance in the next few days.

The parties remain <u>very</u> <u>mindful</u> of this Court's Special Procedures Order, and in particular paragraph 4.b, concerning stay of proceedings, as well as the concerns expressed by the Court in its September 18, 2006 order regarding the number of stays already granted in this matter. Because the parties continue to believe that significant progress towards possible settlement has been made, and believe that a final resolution regarding settlement will be made within the next several days, the parties respectfully request that all proceedings continue to be stayed for an additional period of 30 days.

If the parties have not resolved this matter within 30 days from the date of the order granting a continued stay of

proceedings, the parties request permission to file a joint status report on November 10, 2006, informing the Court regarding the parties' efforts towards settlement or recommending further proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

PATRICIA ARMSTRONG
Office of the Solicitor
Department of the Interior

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

OCTOBER 13, 2006

Attorneys for Defendant

s/ Robert A. Jones
Robert A. Jones
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, New York 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorneys for Plaintiffs

CERTIFICATE OF FILING

I hereby certify that on OCTOBER 13, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON