# In the United States Court of Federal Claims

No. 05-143 C
(Filed: October 17, 2006)

*********************************************
**ERNEST LONG, GERSON D. ALVAREZ-HEREDIA,** *
**STEVEN CONNELL, JOHN GUARINO,** *
**EDWIN JIMINEZ, SR., DANIEL McFADDEN,** *
**DAVE MOEN, DAMIANO PARLANTI, and** *
**other similarly situated plaintiffs**, *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*********************************************

**ORDER**

On October 13, 2006, the parties filed a joint status report requesting a 30-day extension of the stay currently in effect in order to allow for continued progress towards settlement. Upon consideration of the parties' joint proposal, the Court hereby ORDERS that the stay in this case be continued through November 13, 2006. The parties shall file a joint status report on or before **November 13, 2006,** regarding the status of settlement negotiations.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge