IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERNEST LONG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-143C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated October 17, 2006, defendant, the United States, and plaintiffs, Ernest Long, et al., respectfully submit the following joint status report.

In the parties' previous joint status report, we informed the Court that the Department of Justice had completed its review of the proposed settlement agreement on or about September 29, 2006. The parties also advised the Court that, because the terms of the proposed settlement in this case would modify the current agreement between the United States Park Police and the Fraternal Order of Police ("FOP"), it would be necessary to obtain the FOP's concurrence with the agreement. On November 8, 2006, undersigned counsel for the Government was advised informally by counsel for the FOP that the FOP does not object to the proposed settlement. However, the Government is waiting for formal written confirmation of the FOP's concurrence. Such concurrence is necessary to the Government's ability to proceed with the settlement agreement.

Given the foregoing circumstances, the parties believe that a final resolution regarding settlement is imminent and, therefore, respectfully request that all proceedings continue to be stayed for an additional period of 30 days. If the parties have not resolved this matter within 30 days from the date of the order granting a continued stay of proceedings, the parties request

permission to file a joint status report on December 13, 2006, informing the Court regarding the parties' efforts towards settlement or recommending further proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 353-7955
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

PATRICIA ARMSTRONG
Office of the Solicitor
Department of the Interior

November 13, 2006

s/ Alan Kaufman
Robert A. Jones
Alan Kaufman
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, New York 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorneys for Plaintiffs

CERTIFICATE OF FILING

I hereby certify that on November 13, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Gregory T. Jaeger
GREGORY T. JAEGER