# In the United States Court of Federal Claims

No. 05-143 C
(Filed: December 21, 2006)

*********************************************
**ERNEST LONG, GERSON D. ALVAREZ-HEREDIA,** *
**STEVEN CONNELL, JOHN GUARINO,** *
**EDWIN JIMINEZ, SR., DANIEL McFADDEN,** *
**DAVE MOEN, DAMIANO PARLANTI, and** *
**other similarly situated plaintiffs**, *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*********************************************

**ORDER**

On December 13, 2006, the parties filed a joint status report requesting a 30-day extension of the stay currently in effect in order to allow for continued progress towards settlement. Upon consideration of the parties' joint proposal, the Court hereby ORDERS that the case be stayed indefinitely. The parties shall file a joint status report on or before **January 12, 2007**, regarding the status of settlement negotiations.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge