IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERNEST LONG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-143C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated December 21, 2006, defendant, the United States, and plaintiffs, Ernest Long, et al., respectfully submit the following joint status report.

In their joint status report filed December 13, 2006, the parties advised the Court that the parties had received the formal concurrence of the Fraternal Order of Police which was required to pursue the proposed settlement. Since that time, the parties have exchanged drafts of a proposed settlement agreement and are in the process of completing discussions regarding certain of the terms for the agreement.

To allow the parties sufficient time to complete the settlement agreement that will resolve this case in its entirety, the parties respectfully request that all proceedings continue to be stayed for an additional period of 30 days, to and including February 12, 2007. If the case has not been dismissed by that time, the parties request permission to file a joint status report advising the Court of the parties' progress.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert A. Jones
Robert A. Jones
Alan Kaufman
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, New York 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorneys for Plaintiffs

January 12, 2007

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 353-7955
Fax: (202) 353-7988

OF COUNSEL:

PATRICIA ARMSTRONG
Office of the Solicitor
Department of the Interior

Attorneys for Defendant

January 12, 2007

CERTIFICATE OF FILING

I hereby certify that on January 12, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Gregory T. Jaeger
GREGORY T. JAEGER