# In the United States Court of Federal Claims

No. 05-143 C
(Filed: January 18, 2007)

********************************************
**ERNEST LONG, GERSON D. ALVAREZ-HEREDIA, STEVEN CONNELL, JOHN GUARINO, EDWIN JIMINEZ, SR., DANIEL McFADDEN, DAVE MOEN, DAMIANO PARLANTI, and other similarly situated plaintiffs**,

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
********************************************

## ORDER

On January 12, 2007, the parties filed a joint status report ("JSR") requesting a 30-day extension of the stay currently in effect in order to allow for continued progress towards settlement. The Court hereby ORDERS that the parties shall file a JSR regarding the status of settlement negotiations on or before **February 12, 2007**, unless a stipulation of dismissal has already been filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge