IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERNEST LONG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-143C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated January 18, 2007, defendant, the United States, and plaintiffs, Ernest Long, et al., respectfully submit the following joint status report.

In their joint status report filed January 12, 2007, the parties advised the Court that they had exchanged drafts of a proposed settlement agreement and were in the process of completing discussions regarding certain of the terms for the agreement. Since that time, the parties have continued their discussions regarding certain terms of the settlement agreement and have exchanged additional drafts. In addition, the Government has performed the backpay calculations contemplated by the settlement agreements.

To allow the parties sufficient time to complete the settlement agreement that will resolve this case in its entirety, the parties respectfully request that all proceedings continue to be stayed for an additional period of 30 days, to and

including March 14, 2007. If the parties have not executed a settlement agreement by that time, the parties request a brief telephone status conference, to be scheduled at the Court's convenience, to advise the Court of the parties' progress.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Robert A. Jones
Robert A. Jones
Alan Kaufman
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, New York 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorneys for Plaintiffs

February 12, 2007

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 353-7955
Fax: (202) 353-7988

Attorneys for Defendant

February 12, 2007

CERTIFICATE OF FILING

I hereby certify that on February 12, 2007, a copy of the foregoing "JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Gregory T. Jaeger
GREGORY T. JAEGER