# In the United States Court of Federal Claims

No. 05-143 C
(Filed: February 16, 2007)

*********************************************
**ERNEST LONG, GERSON D. ALVAREZ-HEREDIA, STEVEN CONNELL, JOHN GUARINO, EDWIN JIMINEZ, SR., DANIEL McFADDEN, DAVE MOEN, DAMIANO PARLANTI, and other similarly situated plaintiffs**,

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
*********************************************

**ORDER**

On February 12, 2007, the parties filed a joint status report ("JSR") requesting an extension of the stay currently in effect in order to allow for continued progress towards settlement. The stay in this case shall continue and the Court hereby ORDERS that the parties shall file a JSR regarding the status of settlement negotiations on or before **March 14, 2007**, unless a stipulation of dismissal has already been filed. The JSR shall indicate whether the parties request a status conference to be held to advise the Court of the parties' progress towards finalizing a settlement agreement.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge