IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERNEST LONG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-143C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated February 16, 2007, defendant, the United States, and plaintiffs, Ernest Long, et al., respectfully submit the following joint status report. In their joint status report filed February 12, 2007, the parties advised the Court that they had continued their discussions regarding certain terms of the settlement agreement and that they had exchanged additional drafts. In addition, the parties advised the Court that the Government had performed the backpay calculations contemplated by the settlement agreements. Since that time, the parties have continued their discussions regarding certain provisions of the settlement agreement and have exchanged additional drafts with proposed language for the terms at issue.

To allow the parties sufficient time to complete the settlement agreement that will resolve the case in its entirety, the parties respectfully request that all proceedings continue to be stayed for an additional period of 21 days, to and

including April 4, 2007. In its February 16 order, the Court directed the parties to indicate in this status report whether they request a conference to advise the Court of the status of settlement discussions. Because plaintiffs' counsel is concerned with the pace of the discussions to conclude the settlement, he respectfully requests the Court to schedule a conference to discuss the progress towards finalizing a settlement. Defendant does not object to this request.[1] If settlement is concluded prior to the conference, counsel will promptly notify the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Robert A. Jones
Robert A. Jones
Alan Kaufman
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, New York 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorneys for Plaintiffs

March 14, 2007

[1] Defendant advises the Court that undersigned trial counsel for defendant will leave the Department of Justice on March 23, 2007.

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 353-7955
Fax: (202) 353-7988

Attorneys for Defendant

March 14, 2007

CERTIFICATE OF FILING

I hereby certify that on March 14, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Gregory T. Jaeger
GREGORY T. JAEGER