**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ERNEST LONG, Et Al.,<br>and other similarly situated plaintiffs, | ) | |
| Plaintiffs, | ) | No. 05-143C<br>(Chief Judge Damich) |
| --against-- | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION TO CHANGE ATTORNEY OF RECORD**

Plaintiffs hereby move to change the attorney of record **from** Robert A. Jones **to** Alan S. Kaufman. An affidavit of the new attorney of record, Alan S. Kaufman, is submitted with this motion.

Respectfully submitted,

s/ Alan S. Kaufman
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, New York 12205
Tele: 518-435-9427
Fax: 518-435-9102

March 20, 2007

Attorneys for Plaintiffs

Endorsement of Robert A. Jones:

I hereby consent to this change of attorney of record from Robert A. Jones to Alan S. Kaufman.

s/ Robert A. Jones.