# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ERNEST LONG, Et Al.,
and other similarly situated plaintiffs,

Plaintiffs,

--against--

THE UNITED STATES

Defendant.

No. 05-143C
(Chief Judge Damich)

## DECLARATION OF Alan S. Kaufman

**Alan S. Kaufman** declares under penalty of perjury that the following is true and correct:

1. I am a member of Chamberlain, Kaufman & Jones, attorneys for plaintiffs in this case. One of my partners, Robert A. Jones, is currently attorney of record and I have been listed as of counsel.

2. I submit this declaration in support of plaintiffs' motion designate me as attorney of record.

3. I am a member of the bar of this Court.

4. I have been doing the bulk of the work for my firm on this case from the beginning of the case. This has included conferring with and communicating with plaintiffs, drafting pleadings and papers, dealing with counsel for the government and negotiating the proposed settlement agreement.

5. The reason I was not listed as attorney of record at the outset of the case is that at the time the case was commenced I was not yet admitted to the bar of this Court. I have since been admitted.

6. Pursuant to the Rules of this Court, I respectfully request that I be designated as attorney of record.

7. The consent of my partner Robert A. Jones is endorsed on the motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2007.

s/ Alan S. Kaufman