# In the United States Court of Federal Claims

No. 05-143 C
(Filed: April 3, 2007)

*********************************************
**ERNEST LONG, GERSON D. ALVAREZ-HEREDIA,** *
**STEVEN CONNELL, JOHN GUARINO,** *
**EDWIN JIMINEZ, SR., DANIEL McFADDEN,** *
**DAVE MOEN, DAMIANO PARLANTI, and** *
**other similarly situated plaintiffs**, *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*********************************************

## ORDER

As requested by Plaintiffs' counsel, a joint telephonic status conference shall be held on **April 16, 2007 at 10:30 AM** Eastern Time to discuss his concern with the pace of settlement discussions. One business day before the conference, counsel shall email chambers at damich_chambers@ao.uscourts.gov to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge