# In the United States Court of Federal Claims

No. 05-143 C
(Filed: April 16, 2007)

| | |
|---|---|
| **ERNEST LONG, GERSON D. ALVAREZ-HEREDIA, STEVEN CONNELL, JOHN GUARINO, EDWIN JIMINEZ, SR., DANIEL McFADDEN, DAVE MOEN, DAMIANO PARLANTI, and other similarly situated plaintiffs**, | * |
| Plaintiffs, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On April 16, 2007, the Court held a status conference regarding Plaintiffs' counsel's concern with the pace of settlement discussions. As discussed, the stay in this case shall continue and the Court hereby ORDERS that the parties shall file a joint status report regarding the status of settlement negotiations on or before **May 25, 2007**, unless a stipulation of dismissal has already been filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge