IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERNEST LONG, GERSON G. ALVAREZ-HERIDIA, STEVE CONNELL, JOHN GUARINO, EDWIN JIMINEZ, SR., DANIEL MCFADDEN, DAVE MOEN, DAMIANO PARLANTI, and PAMELA SMITH, | ) | |
| Plaintiffs, | ) | Case No. 05-143C (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's April 16, 2007 order, the parties file this Joint Status Report to inform the Court of the status of the settlement negotiations in this case.

This case has not yet settled. Although the parties are in agreement regarding the general terms of the settlement, there remains one specific provision of the written agreement upon which the parties have not yet agreed. Plaintiffs' position is that the matter should have been resolved in the six weeks since the conference with the Court on April 16 and plaintiffs are frustrated that the government has not given the matter the priority it needs to bring the matter to a conclusion. The government's position is that it has been given a high priority, but that legitimate differences of opinion have required resolution. The parties recognize that the Court has exercised patience, and appreciate it. The parties will continue to work to resolve the matter and hope to do so shortly.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Alan S. Kaufman
ROBERT A. JONES
ALAN S. KAUFMAN
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, NY 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorney for Plaintiffs

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-7586

Attorneys for Defendant

May 25, 2007