# In the United States Court of Federal Claims

No. 05-143 C
(Filed: June 11, 2007)

*********************************************
**ERNEST LONG, GERSON D. ALVAREZ-HEREDIA, STEVEN CONNELL, JOHN GUARINO, EDWIN JIMINEZ, SR., DANIEL McFADDEN, DAVE MOEN, DAMIANO PARLANTI, and other similarly situated plaintiffs**,

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
*********************************************

**ORDER**

On May 25, 2007, the parties filed a joint status report in which they informed the Court that "[a]lthough the parties are in agreement regarding the general terms of the settlement, there remains one specific provision of the written agreement upon which the parties have not yet agreed." Accordingly, the stay in this case shall continue to allow for its final resolution. The Court hereby ORDERS that the parties shall file a joint status report regarding the status of settlement negotiations on or before **June 29, 2007**, unless a stipulation of dismissal has already been filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge