IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ERNEST LONG, GERSON G. ALVAREZ-HERIDIA, STEVE CONNELL, JOHN GUARINO, EDWIN JIMINEZ, SR., DANIEL MCFADDEN, DAVE MOEN, DAMIANO PARLANTI, and PAMELA SMITH, | ) | |
| Plaintiffs, | ) | Case No. 05-143C |
| | ) | (Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 11, 2007 order, the parties file this Joint Status Report to inform the Court of the status of the settlement negotiations in this case.

We are pleased to report that the parties have settled the case and signed a settlement agreement. Upon receipt of payment from the Judgment Fund of the United States Treasury in accordance with this settlement agreement, plaintiffs will join the United States in jointly stipulating to the dismissal of this case with prejudice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Alan S. Kaufman
ROBERT A. JONES
ALAN S. KAUFMAN
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, NY 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorney for Plaintiffs

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-7586

Attorneys for Defendant

June 29, 2007