# In the United States Court of Federal Claims

No. 05-143 C
(Filed: August 23, 2007)

*********************************************
**ERNEST LONG, GERSON D. ALVAREZ-HEREDIA, STEVEN CONNELL, JOHN GUARINO, EDWIN JIMINEZ, SR., DANIEL McFADDEN, DAVE MOEN, DAMIANO PARLANTI, and other similarly situated plaintiffs**,

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.
*********************************************

## ORDER

On June 29, 2007, the parties filed a joint status report in which they informed the Court that "the parties have settled the case and signed a settlement agreement." Accordingly, the parties advised that they will jointly stipulate to dismissal of this case once the Plaintiffs have received payment from the Judgment Fund. In light of the above, the Court hereby ORDERS the parties to file a joint status report regarding the status of payment from the Judgment Fund on or before **September 14, 2007**, unless a stipulation of dismissal has already been filed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge