IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ERNEST LONG, GERSON G. ALVAREZ-HERIDIA, STEVE CONNELL, JOHN GUARINO, EDWIN JIMINEZ, SR., DANIEL MCFADDEN, DAVE MOEN, DAMIANO PARLANTI, and PAMELA SMITH,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

Case No. 05-143C
(Judge Damich)

JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the rules of this Court, the parties stipulate to the dismissal, with prejudice, of this action, including all claims and counterclaims, each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Alan S. Kaufman
ROBERT A. JONES
ALAN S. KAUFMAN
Chamberlain, Kaufman & Jones
35 Fuller Road
Albany, NY 12205
Tele: (518) 435-9426
Fax: (518) 435-9102

Attorney for Plaintiffs

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-7586

Attorneys for Defendant

August 29, 2007